(Post 11/2015)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
_____ **DIVISION**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 02 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Andrea Lynn Washington

2203 Crestwood

Pine Bluff, Arkansas 71603
(Name of plaintiff or plaintiffs)

v.                    CIVIL ACTION NO. 4:21CV600-JM
                      (case number to be supplied by the assignment clerk)

Saracen Casino Annex and Resort

2703 East Harding Ave

Pine Bluff, Arkansas, 71601
(Name of defendant or defendants)

This case assigned to District Judge Moody
and to Magistrate Judge Volpe

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1.      This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for

employment discrimination.  Jurisdiction is specifically conferred on the Court by  42 U.S.C.

§2000e-5.   Equitable  and  other  relief  are  also  sought  under  42  U.S.C.  §2000e-5(g).

2.      Plaintiff,  Andrea Lynn Washington                    , is  a

                      (name of plaintiff)

citizen of the United States and resides at 2203 Crestwood                    ,

                                          (street address)

Pine Bluff     ,  Jefferson    ,  Arkansas    ,  71603    ,

(city)           (county)          (state)        (ZIP)

870-489-3490    .

(telephone)

3.      Defendant, Saracen Casino Annex + Resort    , lives  at, or its

                   (name of defendant)

business is located at 2703 East Harding    ,  Pine Bluff    ,

                     (street address)              (city)

Jefferson    ,  Arkansas    ,  71601    .

(county)        (state)        (ZIP)

4.      Plaintiff  sought  employment  from  the  defendant  or  was  employed  by  the

as follows: _failed to take my actions Serious. As there employee. Albuing there management Staff to Still Hs the word Niggs to other employees And Still albuig the Superisms/managers to Still Stay in Positions without anytype or discipline. And when sexual harassment bullying bullying Racial acts are Reported it all swept under the rug. failed and failing to still protect us AS for Seran did nt Respect my expouer until I got byon to investiget, Employees_

10.     The acts set forth in paragraph 9 of this complaint:

(a) ✓ are still being committed by defendant.

(b) _____ are no longer being committed by defendant.

(c) _____ may still be being committed by defendant.

11.     Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

(a) _____ Defendant be directed to employ plaintiff, and

(b) _____ Defendant be directed to re-employ plaintiff, and

(c) _____ Defendant be directed to promote plaintiff, and

(d) _____ Defendant be directed to _Stop albuing Racial Discunindia Racial profiling, Compensation for pisuffering_

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, _too all I suffer ed_.

costs and attorney's fees.

_Andrea [signature]_
SIGNATURE OF PLAINTIFF

defendant at __2703 EASt Harding__, __Pine Bluff__,
(street address)                  (city)

__Jefferson__, __ARkansas__ __71601__.
(county)         (state)         (ZIP)

5.     Defendant discriminated against plaintiff in the manner indicated in paragraphs 9

and 10 of the complaint on or about __12__ __18__ __2019__.
(month)       (day)       (year)

6.     Plaintiff filed charges against the defendant with the Equal Employment

Opportunity Commission charging defendant with the acts of discrimination indicated in

paragraphs 9 and 10 of this complaint on or about __10__ __6__ __2020__.
(month)     (day)     (year)

7.     The Equal Employment Opportunity Commission issued a Notice of Right to Sue

which was received by plaintiff on __4__ __14__ __2021__, a copy of which notice
(month)    (day)   (year)

is attached to this complaint.

8.     Because of plaintiff's (1) __✓__ race, (2) __✓__ color, (3)_____ sex,

(4)_____ religion, (5)_____ national origin, defendant:

         (a)_____ failed to employ plaintiff.

         (b)_____ terminated plaintiff's employment.

         (c)_____ failed to promote plaintiff.

         (d) __✓__ __Defendants failed to protect me__
__as there employee Allowing Racial ans discrimination__
__to continue. Not taking the mallers serious. And Still__
__albhorg this Act to still take place in Sancen Casino__
__Annex + Resort. Not stop the Empbyec bullying from__
__There hired manasment staff.  Racial Profiling of People of Color__

9.     The circumstances under which the defendant discriminated against plaintiff were

Andrea Lynn Washington
Pine Bluff, Arkansas 71603

vs

Saracen Casino Annex and Resort
2703 East Harding Ave
Pine Bluff, Arkansas 71601

June 29,2021

<div align="center">Complaint</div>

Your Honor, I hope you can help me. I have attempted for weeks to locate an attorney but have so far been unsuccessful. However, I do feel because the Attorney that represents the Saracen Casino in Pine Bluff  is in the Little Rock , Arkansas area. And there my be a strong relationship with other law firms in the little rock area.

Hoping you can select and or appoint an Attorny to me and others mentioned that will hear us and give us the assitance and help needed for far and eqaul chance with the case.

I reached out to Advocates for Racial Rights but of no help.

I filed a complaint with the Equal Employment Opportunity. I have included all the paper work from there office.

EEOC Office supplied me with a list of Attorney's I have included the list.

1.Eugene Hunt  Pine Bluff, Arkansas when I contacted his office:His response was a conflict of interest.

2.  Gregory & Larue Little Rock,Arkansas : I left a message no return call

3.  James, Carter & Priebe, LLP Little Rock, Arkansas: Case Load to heavy wouldn't have the time to give to my case.

I reached out to  local Advocates for Racial Rights but no help

I consulted a Alder-person there response was I shouldn't push the issue and if I did the Saracen Casino drag me/my name through the mud and how hard it would be for me to get support from the city.

I would be left standing alone.

One in media when I was searching for help said hell just go find another job.

There is no way you will be heard because of all the revenue that casino is bringing to this town.

I proceed telling me about all of the Blacks that do different things for the Casino.

My example to them was there is a tree the low hanging fruit catches all the bad things the Nigga words and threatening of there jobs if the tell what is going on inside this place a form of being bullied now the middle of the tree they don't get the same treatment as the bottom they are more respected as well as the top of the tree they both get to flourish and give off great fruit.

Great paying jobs and you know why its because the bottom is the one that makes the middle and the top look good that get treated the worse and the middle and top will never hear the Nigga word at all.

Your Honor with this said it pushes me to continue to let the Community and surrounding areas know what  type of people we have allowed in to our city.

Our goal mission is that Saracen Casino Annex and Resort in Pine Bluff, Arkansas respect us of Color and respect us we are valuable to any establishment and are in tilted to the honor that's due.

And should be respected in all areas. And that from my experience and others that are still experiencing racial profiling and discrimination sexual harassment. It needs to stop.

The Management is prejudice and don't mind showing it.

You have a Manager Jim Wheeler that made the statement to me of how he swared
a young man was Gay and went on to describe his reason because and Jim said he has on finger nails eye lashes and pony tail and he went on to say golly I didn't know y'all hired folks like that. Pulled the young man up on the camera on the casino floor and told me to come look. I did,and I told Jim I don't know how this conversation got started but I thought we were all her to work. And I went back to my station and sat down.

The Casino came into our city under false pretenses there mind set of us of color is slavery and its okay to say Nigga in the presence of people of color and when its taken to human resources in my case nothing was done until as stated above Equal Opportunity Office got involved.

Complaint


 My experience was and it still traumatizes me I'm on medication for depression, anxiety and seeking counsel.

Jason Wallace  Manager of Security and Jason Gomez Manager of Surveillance this was the department I worked with.
Jason Gomez comes in and my coworker Jeffery McClure at the time Jason asked  to speak to him outside the surveillance door Jason fired Jeffery. Jason came back in he and I were talking a few moments later Jason Allowance comes in standing in the doorway of the surveillance office  he begins to tell Jason Gomez about a female patrons actions Jason Wallace repeats in his conversation she said you Niggas don't know me ill go get my gas can and come back and burn this motherfucker down. I then turn to address there conversation Jason Gomez is standing in front of Jason Wallace so engulfed in his conversation when I turned and said really I know you see me. They both looked at me and turned and continued there conversation with Jason Wallace repeating again the Nigga N word. They both acted as if I was invisible and no they were not looking at footage thy were in the doorway in conversation. Later that same morning I had orientation in the Harding Office I see Jason Wallace again and during his demonstration he put his fingers in a gun shape and put behind my head.

 I reached out to Human Resources Pevelyn Dodds, I told her what I experienced and gave a letter to my experience. On _____ I net with Mrs. Dodds during our conversation she said she spoke to both men individual and they both said they were looking at footage for the police and that I needed to understand that if a patron and the company had to go to court you would have to say what happened and you would have to say the hole words and not the N word. Asked if we had taken any classes on this matter, my response was I understand what you are saying but Jason Wallace and Jason Gomez were not looking at footage they were in full conversation in of the actions of a patrons actions.

Mrs. Dodds also stated when talking to the men they they both Jason Wallace and Jason Gomez  did admit they both would have been offended if that would have happened to them  now that they had time to think about it. And Mrs. Dodds stated to that Bill there Manager asked Jason Wallace why did he point his fingers in a gun at the back of my head Mrs. Dodds said Jason Wallace said that's apart of his demonstration Bill said but why her meaning me.

 And nothing was done no action was taken against neither of the men until I involved the EEOC Company and only then was when the Human Resources took action and the only way I knew this was I received at text along with about 17 plus other employees from Jason Gomez blaming me for him being terminated and not welcomed anymore in Pine Bluff and that I have poisoned everyone's minds.

My hope is to bring some if not all change to this faculty which including changing the mind sets when it comes to us of color African American respect us as person and not a slave or as the word is so freely stressed with no remorse Nigga. I never have in my entire life have I ever witnesses this calibers of behavior and when its brought to the light   no one that has the power to speak up and change the grid coward down not wanting to as was told to me ruffle the feathers. I will not take down nor will I keep quiet. Now Im not targeting that everyone is raciest Its just my personal experience and the continues of the same behavior is still in strong effect that is still in the Saracen Casino Annex and Resort.

And as me being an employee for the Saracen Casino Annex and Resort. I was not protected by my Superior and I had no other choice but to turn to Human Resources why?because my direct superior was Jason Gomez involved in the conversation with Jason Wallace. And when I reported my experience to Human Resources nothing else was done about there actions.

Not until as I repeat the EEOC was filed and investigation took place and for Saracen to say Jason Gomez never worked with us Jason Gomez would come down and terminate employees do our schedules if we had a question or situation Jason Gomez was the surveillance go to person. Jason wife Holly Gomez left me a message stating she can now tell me what the company was making Jason do. Holly sending me text messages she must tell me what she say when she died her 4th death and Jason wanted to talk to me to tell me I did nothing wrong. But, I was confused because before her text is when I got the text from Jason Gomez accusing me of him being terminated and no longer welcomed in Pine Bluff.

All because a company that came into our city with great promise for our community was all just smoking mirrors. Meaning say one thing to and in the public's eyes come in resurfacing basketball courts for our children of color parking lots to get everyone on board and what we believe is great for employment opportunities in and surrounding our community.

Once you came in you took that face off then when the curtain is closed you pull off your mask and show your horns of racism, bullying,sexual harassment, gay bashing, discrimination of promotions to people of color, stereo typing people of color without including people of white color in the same setting.

I still feel the Casino could be a great place for our community minus the down play of us of color.

Your Honor, I pray you can help us and for the names mentioned in my filed complaint are still employed with Saracen Casino Annex and Resort.

That they are not terminated with the company using the right to work clause just because they are speaking up with the actions from the overseers of this establishment.

However, I do feel that Saracen Casino Annex and Resort by me not having legal representation at the moment that the matter would just go away.

No, I'm here and ready  to continue to voice the rights that lives were lost for A Nation of Color that look like me to no longer be silent and to be freed from bondage.

Not to be bulled  to keep in silence just to keep there jobs.

Now can this change the world yes one community at a time staring with my community.


Thank you for your time you Honor,

Andrea Lynn Washington

# KATY HUNSPERGER

| | |
|---|---|
| **From:** | alfonzo bailey <albailey79@yahoo.com> |
| **Sent:** | Friday, November 20, 2020 3:08 PM |
| **To:** | JOHNNY GLOVER |
| **Subject:** | Racial At Saracens Annex Casino Pine Bluff, AR |

Case# 493-2020-01991

Johnny Glover

Since my employment with Saracen I've witness several encounters of racial injustice. For starters Saracens Security policy on sexual harassment clearly states it has zero tolerance for ot but yet and still there was a white male officer who had three complaints against him, all whom was black female officers.

Surveillance was asked to do a review and and the review backed up the complaints and nothing was done.

Another incident Rudy Withers a black security supervisor was working outside patrol, Security supervisor Zack Jones whom is white normally when he calls for a review he gives us the information. On this night he asked to speak with our supervisor Tracy. At the time we were unaware as to what it pertain too. It was a couple of days later when we found out that the review was on Rudy Withers. They gave Withers a choice of taking a demotion or br fired which he took the demotion.

This same security officer Zack Jones several months earlier was on the outside patrol on a empty parking lot when he did $4000.00 plus damage to the patrol vehicle. A report was done and surveillance did a log footage was saved. His supervisor Jason Wallace went to assess the situation, Rudy Withers got a demotion to security officer. Zack Jones ended up getting a promotion to Security Manager. Mysteriously the log had been deleted and footage had been erased.

<u>Sent from Yahoo Mail on Android</u>

1

## KATY HUNSPERGER

| | |
|---|---|
| **From:** | Rhonda Lehr <rhondalehr6@gmail.com> |
| **Sent:** | Sunday, November 22, 2020 4:21 PM |
| **To:** | LITTGOV |
| **Subject:** | # 493-2020-01991 |

This letter is in regards to Ms.Shawn Lewis's claim I Rhonda Lehr work with Ms.Shawn at Saracen Resort in the Surveillance Department. On a Tuesday me and Shawn walked up to the employee entrance together. Myself with a big tote and Shawn with a smaller backpack. We both entered the entrance at the same time and went through scanning our temperatures,and showing our badges. The difference was the Security Officer stopped Shawn and told her that he had to search her bag. He also stated that "She looked like the type to have a bomb" in her backpack. I was furious at this comment, and was curious why I was not search seeing that my tote was larger and more bulged out than Shawn's backpack.

So we enter the Surveillance Department and as I was logging into our system I was steaming mad over what I had witnessed. I didn't even give Shawn a chance to say anything because I felt it was my duty to stand up for this injustice she had just indured.

I told our Shift Manager about the situation and I also told her that something needed to be done. I truly feel like this whole episode has been so called swept under the rug. I feel as though Shawn deserves some kind of peace of mind and justice for what was done to her.

Sincerely,
Rhonda Lehr

1

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Andrea L. Washington<br>2203 Crestwood Drive<br>Pine Bluff, AR 71603 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

|   | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |   |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2020-01991 | Johnny L. Glover,<br>Investigator | (501) 324-6475 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**William A. Cash, Jr.,**
**Area Office Director**

April 7, 2021

(Date Issued)

Enclosures(s)

cc:   **Pevelyn Dodds**
**Human Resources Manager**
**SARACEN CASINO RESORT**
**2703 East Harding Ave**
**Pine Bluff, AR 71601**

       **Ronald A. Hope**
**Hope, O'Dwyer, Wilson & Arnold PA**
**Attorneys at law**
**211 Spring Street**
**Little Rock, AR 72201**

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was issued** to you (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**From:** Keonna Reynolds
**Sent:** Sunday, June 13, 2021 10:57 PM
**To:** Shalotta McDonald; Laura Olszewski; Saracen Surveillance
**Subject:** RE: Surveillance

I'm lost...

**From:** Shalotta McDonald
**Sent:** Sunday, June 13, 2021 8:47 AM
**To:** Laura Olszewski <LOlszewski@saracenresort.com>; Saracen Surveillance <surveillance@saracenresort.com>
**Subject:** RE: Surveillance

Good morning, I guess I will use this as my time to say what I have to say. Every time I see something that is going on in this room that is OUT OF ORDER, I am taking it to HR. And if HR doesn't do anything about it in a timely manner, I am going to EEOC. Honestly, I feel like it is a lot of discrimination that goes on in this department. Not just discrimination, but picking as well. I just want EVERYONE TO BE TREATED THE SAME AROUND HERE. Only a select few can get away with certain things. With all of that being said, if none of the foolery that goes on in here, I won't have ANYTHING TO SAY.. Have a good day!



**To request a review, please follow these steps: (1) All review requests must come from a supervisor or above.  (2) Save your request on your computer as MMDDYY TITLE (REQUESTOR) [example: 061015 Variance (SMITH)]...do not save over the template, and do not save it in the request folder as anyone will be able to look at your request. (3) Complete the form with as much detail as possible. (4) Attach/submit form in the Excel format via email to your department director and SurveillanceRequest@DownstreamCasino.com.**

| Requestor | Badge / ID # | Explain specifically what Surveillance should be looking for... |
|---|---|---|
| Jason Wallace | 14514 | F&B Sever LaPorcha Gibson has reported that Security Officer DeWayne Harris touched her buttocks as she was standing in the BOH Hallway by the Server Station area.  I need a Surveillance review done to see if any footage can be observed to prove this incident occured. |
| **Department** | **Position** | |
| Security | Manager | |
| **Shift** | **Extension** | |
| All | 29025 | |
| **Start Date** | **End Date** | |
| 10/31/19 | 10/31/19 | Additional details that would assist the Surveillance Department... |
| **Start Time** | **End Time** | |
| 0:00 | 0:00 | |
| **Employee #1** | **Badge / ID #** | |
| DeWayne Harris | 15665 | |
| **Employee #2** | **Badge / ID #** | |
| LaPorcha Gibson | 15830 | |

**Surveillance Department Use Only**

**Results of the review... (as completed by Surveillance)**

Footage of HARRIS touching GIBSON on the buttocks has been found and saved.

| Daily Log # | Footage/File Reference |
|---|---|
| SRC0001953 | 103119_0514 Inappropriate Touching |

# SURVEILLANCE REVIEW REQUEST FORM



Surveillance will attempt to complete all reviews quickly, however due to business needs this is not always possible. There is no set timeframe for any review to be completed. All reviews will be completed as time permits.

To request a review, please follow these steps: (1) All review requests must come from a supervisor or above. (2) Save your request on your computer as MMDDYY TITLE (REQUESTOR) [example: 061015 Variance (SMITH)]...do not save over the template, and do not save it in the request folder as anyone will be able to look at your request. (3) Complete the form with as much detail as possible, and please make sure the form is completely filled out. (4) Attach/submit form in the Excel format via email to your department director and the Saracen Surveillance email group. For assistance, please contact Surveillance at ext. 29014 or 29015.

| Requestor | Badge / ID # | Explain what Surveillance should be looking for, please be specific... |
|---|---|---|
| Casey Pippin | 17306 | Security Officer Courtnie Walker reported that on 8-30-2020 between 18:15 hrs.-19:00 hrs., while she was standing at the Ambassador Podium, Security Officer Brian Johnston grabbed her fingers.  Security Officer Courtnie Walker reported that on 8-30-2020 between 22:00 hrs.-23:00 hrs.,while she was standing at the Ambassador Podium, with Officer Brian Johnston, he took a picture with his phone of a patron playing on EGM 8-22-06. Security Officer Courtnie Walker reported that on 8-30-2020 at 23:00 hrs, while she was sitting at Post 3, Security Officer Bryan Johnston approached her and leaned up against her.                             On the following night, Security Officer Courtnie Walker reported that on 8-31-2020 between 23:00 hrs-00:00 hrs while standing at Post 2 Officer Bryan Johnston leaned uo on her then walked away. |

| Department | Position | |
|---|---|---|
| Security | Supervisor | |

| Shift | Extension | |
|---|---|---|
| Swing | 31301 | |

| Start Date | End Date | |
|---|---|---|
| 08/30/20 | 08/31/20 | |

| Start Time | End Time | |
|---|---|---|
| 18:15 | 23;59 | |

| Employee #1 | Badge / ID # | Employee #2 | Badge / ID # | If this is an employee conduct issue, has the employee(s) already been spoken to about the issue? | Yes | No |
|---|---|---|---|---|---|---|
| Bryan Johnston | 16887 | Courtnie Walker | 15634 | | | X |

### Surveillance Department Use Only

Results of the review... (as completed by Surveillance)

Footage of the incident has been saved.

| Daily Log # | Footage/File Reference |
|---|---|
| SRC0013071 | 083020_BJM Security Review01 |



# SURVEILLANCE REVIEW REQUEST FORM

Surveillance will attempt to complete all reviews quickly, however due to business needs this is not always possible. There is no set timeframe for any review to be completed. All reviews will be completed as time permits.

To request a review, please follow these steps: (1) All review requests must come from a supervisor or above. (2) Save your request on your computer as MMDDYY TITLE (REQUESTOR) [example: 061015 Variance (SMITH)]...do not save over the template, and do not save it in the request folder as anyone will be able to look at your request. (3) Complete the form with as much detail as possible, and please make sure the form is completely filled out. (4) Attach/submit form in the Excel format via email to your department director and the Saracen Surveillance email group. For assistance, please contact Surveillance at ext. 29014 or 29015.

| Requestor | Badge / ID # |
|---|---|
| Zach Jones | 10583 |
| **Department** | **Position** |
| Security | Shift Manager |
| **Shift** | **Extension** |
| Swing | 31301 |
| **Start Date** | **End Date** |
| 08/28/20 | 09/01/20 |
| **Start Time** | **End Time** |
| 23:00 | 0:30 |

**Explain what Surveillance should be looking for, please be specific...**

Security Officer Daisy Barnes reproted that on 8-28-2020 between 2300 hrs.- 0000 hrs., while she was standing post at Post 2, Security Officer Bryan Johnston walked up to her, holding his hand and fingers like a gun, and held it to her head. Security Officer Mary Thomas reported that on 9-1-2020 at approximately 0020 hours, she was holding the Employee Entrance door open so everyone one could clock out. Officer Johnston came up behind her, pulled down the sleeve of her jacket, and started rubbing her arm. Can you see if there is footage of both incidnets and see exactly what happened?

| Employee #1 | Badge / ID # | Employee #2 | Badge / ID # | If this is an employee conduct issue, has the employee(s) already been spoken to about the issue? | Yes | No |
|---|---|---|---|---|---|---|
| Bryan Johnston | 16887 | Daisy Barnes | 15634 | | | x |

**Surveillance Department Use Only**

**Results of the review... (as completed by Surveillance)**

Footage of both incidents have been found and saved. On 08/28/2020, JOHNSTON walked up to Post 2 where BARNES was. JOHNSTON made his fingers like a gun and pointed at BARNES' head. JOHNSTON [illegible]. JOHNSTON also rubbed BARNES' back. On 09/01/2020, JOHNSTON walked up to THOMAS, who was holding the door at the employee entrance, and put his hand on her shoulder. He then moved his hand to the door before sliding THOMAS' jacket sleeve down. THOMAS then walked into the hallway and JOHNSTON stayed standing by the door.

| Daily Log # | Footage/File Reference |
|---|---|
| [illegible] | [illegible] Security Review |

# Andrea Lynn Washington EEOC Right To Sue

From:  ANDREA WASHINGTON (andrea71613@yahoo.com)

To:     sarah@bencrump.com

Cc:     andrea71613@yahoo.com

Date:  Tuesday, June 15, 2021, 02:57 PM PDT


Ms. Sarah,

Thank you for contacting me in regards my Racial Discriminations.  I have attached my file from the EEOC Office. I have contacted the Attorney's list provided no help with one conflict of interest and the Casinos Attorney is in Little Rock So are the others on the EEOC list  . I need help with this case please help me.  As I  stated per our conversation the prejudice is very strong against us as African Americans at the Saracen Casino And Resort.

Looking at the response from the Casinos Attorney they are still lien about what happens to us The damage to the company truck Zack Jones I was looking at him from the surveillance office camera and saw Zack Jones hit the poll at the front side of the casino. After he hit the poll Zack Jones called me to tell me he had an accident my response to Zach was I know i saw you when you hit the poll. Zack then said he needed to contact Jason Wallace his supervisor. I went in to do a report on the employee incident and was not able to save the footage of the employee  Cassian Zack Jones incident. when i returned back to work that following evening I received a call from Tracy Belcher a trainer telling me that each time a employee has an accident  it has to be a report and footage saved for review. I explained to Tracy I attempted to save the footage and the report was unable to. Tracy said she would go in and look and correct it, I returned the next evening looking for the report nothing was found I even had my co worker Earl Hunter to look up the incident on his station was not found. I emailed Tracy of the report Tracy never responded back to me about the Zack Jones accident .
So, Supervisor Mr. Rudy, African Male came of shift without being informed  of Zack damaging the company truck. One of Mr. Rudy's Security Officers while inspecting the company truck saw the damage and contacted Mr. Rudy to come and look at the company truck. And this is when Zack Jones and Nicole Kelly stated they forgot to tell him about the accident Zack had in the truck the. The Management gave Mr. Rudy Ultimatum he was told to take a demotion or be fired Mr. Rudy took the demotion and  Caucasian we put in Mr. Rudy's Supervisor position

2. Jason Wallace and Jason Gomez were the two Caucasians that were in the surveillance office with me and no they were not looking at video footage the both are lien still. Jason Gomez was employed with Saracen apart of Downstream and Jason Gomez came into the surveillance office it was myself and Jeffery working Jason asked Jeffery he needed to talk to him Jason Fired Jeffery. after that Jason and I were talking when Jason Wallace came in and stood in the door way talking to Jason Gomez about a patron and he began to repeat what the patron said Wallace's conversation was yeah she said you Niggas don't know me Ill get my gas can and burn this mouther fucker down. I turned around to address there verbiage they both  looked at me and continued there conversation as if I never said anything or invisible.  So, ask them to show the footage of them in the office on that day with them in the office and you will see they were both standing up talking Jason Gomez My Supervisor was so into what Wallace was saying he got up from his chair and was engaged in Wallace's every word standing in from of Wallace. nothing was done until I got EEOC involved and I have included the text message sent to me and about 17 others in the thread Gomez blaming me ( a person that didn't work for the company according to the Saracen response) for me getting him fired. I also have messages from Holly Gomez Jason wife saying she can tell me the truth about somethings now that was going on and how the company was making Jason do things.
I also, have recording of Pevolyn Human Resource admitting that  Jason Wallace and Jason Gomez of how they would have been offended.

Timothy Waggoner Security Officer Caucasian I saw Waggoner  on camera assaulted African male had a beer bottle in his hand i saw Waggoner talking at the third station bar area so Waggoner goes stands by the door going out Waggoner flips the males arm and then hits the male in his throat takes the beer from him Waggoner puts the beer in the trash then goes back outside puts his finger in the males face. Another African male came up and got in between the the two of them and the male Waggoner assaulted has to be taken to his car. A report was done Waggoner was not suspended and when myself AL, Shawn, Earl went back to review the footage that i had saved and did the report on footage was gone. Then we find out Jason Wallace promoted Waggoner to Supervisor. Two weeks ago Waggoner assaulted a Caucasian male and now he was suspended and is still on suspension.

You have Caucasian Security Officer touching African American females inappropriately  one female is Daisy did a complaint the same white male had his fingers in a gun figure and pointed at her head. Nothing was done about the complaint to her manager Jason Wallace.

Courtney Edwards, Alfonso Baily and Shawn Lewis all  have  worked in Surveillance Operations  almost two years this September 2021. They hired a Caucasian male a few months ago they had Shawn to train him for the same operations surveillance as the others. He is now there Supervisor. No one asked the Senior Surveillance Operations if they wanted the Supervisor position.

in the Cash and cage office Sherri Manager contacted surveillance to do a review of a check missing but she only mentioned Love and Margennetta i my have spelled there names wrong two African women but not Tina the Caucasian and Jason Gomez told Sherri his operators have spent well over 100 hours review the operators' came back with inconclusive and said during the time Sherri stated the only person that had access was Tina. nothing more was said.

I have and still in therapy taking medication for depression and anxiety from this action that I experienced as old as I am never encountered face to face deliberate prejudice and for two white men that claims to have Indian blood found this to be comfortable to utter from there mouth in from of me and later to find that Jason Wallace says the NIGGA word all the time and still nothing is being done.

I wish to bring awareness to our community and the company has had meetings with the employees that if what goes on inside there casino's is talked about and the company finds out about it they will be fired and turned over to prosecutor.  there were bullets going into the the patrons parked cars on the Resorts front parking lot I contacted the news they called the police lied said they didn't know anything about it. I went out there took pictures of police car and hood up and talked to a patron about the bullet hitting his truck and Zack Jones talking to patrons that had bullets in there cars. Jones had a meeting told the security officers not to say a word to anyone about the shooting. One employee lot attendee said a bullet went past his foot. See there is a hunting in those woods  that Saracen not telling the community the bullet size 30 deer bullet size.

  I have had EVS janitors tell me they have found people dead in the bathrooms that the public never hears about and the Management is always threating the employees with loosing there jobs if anything gets out that happens in there casino world.

When African Americans get in trouble they get fired Caucasian get in trouble nothing done. Surveillance department we can not play or visit on our off days the casino or that's immediate termination Caucasian in same department gets off work says she's sick and needed to go home camera saw her set in her car for 30 minutes then she gets out goes in the casino has a drink only thing done  write up was only because the African American said something. Caucasians leave there two children ages 6 and 7 in the car air on parents  inside playing no police called supervisor Lorie told Shawn well they had the air on.


Warm Regard's
Andrea Lynn Washington


493-2020-01991 file.pdf
6.6MB

# KATY HUNSPERGER

| | |
|---|---|
| **From:** | ANDREA WASHINGTON <andrea71613@yahoo.com> |
| **Sent:** | Saturday, November 14, 2020 10:07 AM |
| **To:** | JOHNNY GLOVER; ANDREA WASHINGTON |
| **Cc:** | Birdye49; DIGITALSUPPORT |
| **Subject:** | SARACEN CASINO  CASE NUMBER 493-2020-01991 |

----- Forwarded Message -----
**From:** birdye49 <birdye49@gmail.com>
**To:** "andrea71613@yahoo.com" <andrea71613@yahoo.com>
**Sent:** Friday, November 13, 2020, 02:20:26 PM CST
**Subject:** Jason Gomez

Mr. Glover,

This is Andrea Lynn Washington,   We want to thank you and your company for you services.

I am forwarding you the text message I received in a group  chat with  17 other workers received from Jason Gomez.
I  received on November 13,2020 at 1:01 P.M

Accursing me for Saracen Casino  firing him.

Mr. Glover, as I read his text he is still lien he and Jason Wallace were in deep decision about a patron and her actions.

He has changed his lie from doing a review on a patron to now taking information on a employee using racial slurs. All false.

I have included Jason Gomez text message to me  see below..

I have others employee's  that want to be  added to this case. I have given them the CASE Number and your email information  so they can give you statements with their experiences of racisms.

Labor Laws contact needed.
Can you tell us how to contact the labor board we have had our work times example: We would work 11pm to 7am. but can clock out at 6:54am. Now if my relief is late to there 7am shift and I will have to stay either until they show up or I get an okay to leave my station. So that  puts me well over 7am to 7:10am but, when I pull my time card the 11pm to 7:10 am will be there. But, then I go back to print my check stub and  look again at my time card  Jason Gomez has gone in and took the 10 extra minutes away from me. and it has happened to us all.

Subject Fwd: Jason Gomez  Supervisor :
Ok, so I'm not sure who all is still on this chat but it's pretty much all I have now.
So since I'm no longer with the company and have nothing more to lose I figured I'd clear some air...
On my last visit to PB your Management team advised me that I was no longer liked out there because Ms. Andrea told everyone that I condone racism... the TRUTH of the matter is that I was taking a report from Security about an incident of an employee being accused of using racial slurs and Andrea was offended by what was being reported to me.. with that Andrea reported ME to HR for not stoping Security from using certain words... I was called in to HR and I advised Ms. Pevelyn of what happened, and as far as I knew the matter was closed because I had done nothing wrong... However, according to your Management this was not good enough for Andrea, so she spread this poison about my character to you all...
needless to say, there are a few things that bother me about this...
Firstly, that as far as I can tell, you all swallowed Andreas poisonous pill without investigating ANYTHING for yourselves..

1

any one of you could have just asked about it, or even reviewed the room and saw it for yourself...
Secondly, upon finding this information out, your Management team DID NOTHING to dispel the rumor (as far as I know)..
so if I'm right, you now have fair warning that you have a Management team, who if they see you getting thrown under a bus, they will give you an extra shove.

Now you are all informed.. do what you will with the information...

Sent via the Samsung Galaxy Note9, an AT&T 5G Evolution capable smartphone



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St., Suite 200
Little Rock, AR 72201
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Little Rock Direct Dial: (501) 324-5061
FAX (501) 324-5991
Website: www.eeoc.gov

April 14, 2021

Andrea Washington                                    VIA EMAIL
2203 Crestwood
Pine Bluff, AR 71603

Dear Ms. Washington:

In accordance with your recent request for assistance in obtaining legal representation in connection with your EEOC case, we are providing you with the names of three attorneys in your area which you may contact in seeking legal assistance.

[X]   **All Charges if NRTS has been issued:** You were recently issued a Notice of Right to Sue. You have 90 days from the day you received your notice to file a lawsuit or you will lose your right to sue. Therefore, in order to preserve your right to sue and to ensure that an attorney has adequate time to review your file and decide whether s/he will handle your case, you should contact an attorney or law firm immediately.

[ ]   **EPA:** Due to a statute of limitations on court actions, any part of an Equal Pay Act (EPA) backpay claim which was earned more than two years (three years for willful violations) before suit is filed may not be collectible (there is no charge filing requirement or waiting period before filing an EPA private suit).

The attorneys or firms listed have agreed with EEOC to obtain referrals as follows:

1. Eugene Hunt
   320 W. Harding Avenue
   Pine Bluff, AR 71601
   (870) 534-4460

2. Gregory & Larue
   2800 Cantrell Road, #202
   Little Rock, AR 72202
   (501) 683-8433

3. James, Carter &Priebe, LLP
   500 Broadway Street, Suite 400
   Little Rock, AR 72201
   (501) 372-1414

When you visit an attorney in conjunction with this referral, you should take copies of the following documents which you may have received as of this date:

    (1)  This referral letter;

    (2)  your charge;

    (3)  our Letter of Determination; and

    (4)  your Notice of Right to Sue.

Sincerely,

*Nadean Altheimer*

Nadean Altheimer
Legal Technician

2

## Fw: Racial At Saracen Annex Casino Pine Bluff, Arkansas;

From: ANDREA WASHINGTON (andrea71613@yahoo.com)

To:

Date: Saturday, November 14, 2020, 08:53 AM PST

Hey Guys,

to keep everyone in the Know.

this is what I sent that got this going.

also, the investigators name is Jonny Glover email address johnny.glover@eeoc.gov

----- Forwarded Message -----
**From:** ANDREA WASHINGTON <andrea71613@yahoo.com>
**To:** LITTGOV@eeoc.gov <littgov@eeoc.gov>
**Sent:** Tuesday, September 22, 2020, 02:22:48 PM CDT
**Subject:** Racial At Saracen Annex Casino Pine Bluff, Arkansas;

Andrea Lynn Washington
2203 Crestwood Drive
Pine Bluff, Arkansas 71603
(870) 489-3490

Case Number 493-2020-01991

Saracen Annex Casino
3512 Market Street, Pine Bluff, Arkansas 71601
(870) 686-9007
The HR Dept located on Harding street Pine Bluff,Arkansas 71601

Contact HR Manager Mrs. Pevelyn Dodds

Approximate number of employees 300

And I received a text that Jason Wallace uses the NIGGA word all of the time around black white male, female and laughs about it.

Black older man Mr. Rudy, was a Supervisor and was told he could be fires or take a demotion. He took the demotions now and so who he use to supervise is now white male supervising him and manager.

Supervisor Jim white man, surveillance comes in calling us girls and boys, you people, Black folk colored people and how grateful we should be that they wanted to stop in this poverty town especially when they look at the census of pine bluff, was so low.

Jim, bashes a young black male Jim and I are in the surveillance room. Jim notices the black male Jim immediately says he's got to be Gay you can look at him and tell he's Gay, telling me to come look I went to the station and said I don't even know how we got on this subject and I thought we were all out here to work and went back to my station and sat down. Jim he still talks about it I swear he's gay he has on eye lashes, finger nails and pony tails. Golly I didn't know y'all had Gays working here. I had no response.

Supervisor Tracy White female, prejudice very rude disrespectful. I can be on the phone she will take the phone from me and finish my conversation, I recall a lady fell. I wrote the review Tracy, came into the surveillance and rewrote my statement that was a lie there were no wet floor signs down but, when she redone my report it was saying there were wet floor signs down. I can be in the chair by the phone she gets on the phone the cord is pulled all up around my neck and across my face. There was an argument between two black female workers in the back office. I got up out of my seat Tracy pushed me back down in the chair and said you don't need to be going out to check on anything. So, she without hesitation texted Sheri white female over the cage told on the two black females arguing in the office.

Tracy, has come into the surveillance I can have papers studying for a test she would come back in the room and take the papers out of my hand and throw them away. Its never been excuse me, I apologize, and she can be on the phone and I have a questions she will always with her hand fan me off.

There was a check that was missing there are three females that can write checks two black and one white Sheri white female cage manager sends us to do a review on just the two black females. and because we didn't find anything went to our supervisors so they could look.

They just fired a black male Master electrician told him Arkansas is a AT WILL

and they didn't owe him a reason for firing him. See the casino has so many coming from Down stream to take the people of color jobs.

I want you to have an Idea of what goes on inside this Saracen Annex Casino.

That includes employees with the Covit-19 and they still letting them work and get off work and come back and play on the machine's and having us in surveillance watch them to see who they were around. firing a man with a disability that has worked with Downstream over 27 years with a handicap

I look forward to speaking with you soon.
I have tried to set an appointment on line the calendar is full. Please give me another opion.
Please help us we need it this has got to stop.

On December 18th 2019. ANNEX QUA PAW CASINO PINE BLUFF, ARKANSAS

Jason Gomez came into Surveillance @ 5:50 am and terminated Jeffery McClure. Jason called the security officers are dummy's shortly after that conversation. Jason Wallace shift manager security he comes into the surveillance doorway talks to Jason Gomez about an indecent of a patron that took place in the Q-Store.

So, Jason Gomez and Jason Wallace are engaged in conversation about the Patron and Jason Wallace begins to repeat what the Patron said Jason Wallace to Jason Gomez yeah the patron was saying i'm going to get my gas can and burn this mutherfucker down Jason Wallace said the patron said her grits where cold and patron began to throw them. Jason Wallace continues his conversation with Jason Gomez verbatim repeating the verbiage from the patron and Jason Wallace said the patron said you NIGGAS.I 'm going to get my gun.

So, by then. I turned around and looked at them both. And said really. And there expression was as if who are you and they never stopped there conversation to apologize they continued on it as if I were invisible.

Jason Wallace and Jason Gomez never stop talking about the patron then Jason Wallace says again in his continued conversation comes back and now says yeah she the patron said the N word. I told her it was under investigation. and he was banning her for 24 hours.

It was most disrespectful and degrading to know that we still live in a country with such not afraid to let it be known of prejudices. Have both have no embedded to have been given respect and honor from and it was if I was invisible to them both.

And, I had no upper supervisor or management to report to due to Jason Gomez was engaged with the conversation as well with Jason Wallace they both were in agreement to there conversations.

Later, that same morning after 9 am. I had orientation in the HR office and there Jason Wallace was again. He did a presentation and then a demonstration with his fingers in a gun position and pointing at the back of my head.

Now,I feel threatened by Jason Wallace in a since that you feel you can do and say anything to me and there not be anything done about it.

I take great pride in what I believe in and hold to my character. I enjoy my position. And not sure after this letter which way my position will be set as.

Nor, if any actions will be taken. Its the principles and values that we should always keep in our heart. Respect all at all times.

There are things that were fought for and for the sake of Humanity. I would hate to see this be a History of my Ancestors and others be defamed by allowing so much malicious behaviors and acts of prejudges.

Once again when you can feel free to say the word NIGGA and then come back and say yeah she said the N word in the presence of an AFRICAN AMERICAN. Or to any race.Then there is no respect. or honor among or for your fellow constituency .

This can not be the repayment of gratitude of humble gratefulness for our FREEDOM to be succumb back into a time that once had many days of darkness and was over shadowed by the word SLAVERY and through many lives lost, prayers, faith and beliefs that we would and will over come and we have.

The FREEDOM that is what the fight was all about. no longer chained.

Surly, this is not the great fight for humanity of how this will be repaid for all cultures.

Ms. Andrea Lynn Washington

**Sent by email January 13,2020**
**HR Department responded back to me to meet January 23,2020**

Hi,

I have attached the letter of what I experienced with two white male managers Jason Gomez and Jason Wallace. And what was given to the Human Resource Department.

I have experienced disrespect and racial matters

Jason Wallace and Jason Gomez where standing in the door way of the surveillance and they both began a conversation of a patron from the night before,

Jason Wallace begins to repeat what the patron had said to Jason Gomez .
He says this patron was in the Q Store drunk and made she said you NIGGIAS don't know me ill go home and get my gas can and comeback and burn this motherfucker down. And as Jason Wallace continued repeat I then turn and say REALLY while I'm sitting here.

They both looked at me and turned back to each other and began there talking as if i was invisible. So Jason Wallace says to Jason Gomez as he still repeats what the patron is saying she said her grits were cold and she starts throwing grits and saying she was going to get her gun and come back. Then Jason Wallace says yeah she was just made because she lost a lot of money she came back and wanted to apologize even though she said the N word Jason Wallace then says yeah I told her she was banned for about 24 hours

So, later that morning myself and about seven others had orientation and there he was again Jason Wallace doing presentation he stands behind my head with his fingers in the posed position like a gun and points his hands behind my head.

so, now I've gone from being disrespected and rascally discriminated to feeling threatened.

And I felt so low and to work in a place that hires people that think its okay to do this mentioning the word NIGGA and its okay.

I couldn't go to my next in command because Jason Gomez was in full conversation and laughing with Jason Wallace during the earlier morning conversation.

I remember feeling so lost and confused asking others what t do. I began to have and need for therapy it had me mentality and emotionally drained and hurt.

I have never been in this type of setting where one can just say nigga in the presents of a black person and it be all right.

I take medications for anxiety, depression, migraine headaches. my stomach and nerves in knots knowing I can't leave this job right now.

And being afraid when I see Jason Wallace what else will the Saracen Casino allow him to do or say to me.

I really felt worst when I wrote the letter took it to the HR Department the manager Mrs. Pevelyn Dodds calls me to come in January 23,2020
and bascily says from her boss to tell me (tell her she is going to hear things ) and she was gearing more to the Guys telling her they were getting footage for the police officer. I stopped her and said no they were not. They were in a full conversation about what a patron did.

I have a recording of Mrs. Dodds saying the two admitted they would have been affined if this would have happened to them. Mrs. Dodds also, goes into saying she and her boss asked Jason Wallace why did he have his fingers in a gun position and point at the back of my head



**U.S. Equal Employment Opportunity Commission**
**Little Rock Area Office**

820 Louisiana
Suite 200
Little Rock, AR 72201
(501) 324-5060
TTY (501) 324-5481
Fax: (501) 324-5991

Charging Party: Andrea L. Washington
EEOC Charge No.: 493-2020-01991

October 9, 2020

Pevelyn Dodds
Human Resources Manager
SARACEN CASINO RESORT
2703 East Harding Ave
Pine Bluff, AR 71601

Dear  Dodds:

Your organization is hereby requested to submit information and records relevant to the subject charge of discrimination. The Commission is required by law to investigate charges filed with it, and the enclosed request for information does not necessarily represent the entire body of evidence which we need to obtain from your organization in order that a proper determination as to merits of the charge can be made. Please submit a response to the requested information by the deadline cited below.

The information will only be disclosed in accordance with 29 C.F.R. 1601.22, or otherwise made public if the charge results in litigation.

Sincerely,

*Rita Barnes*

Rita Barnes
Enforcement Supervisor

Response Deadline Date: November 5, 2020

The following dates are considered to be the "relevant period" for the attached Request for Information:
November 1, 2019 - July 30, 2020

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## REQUEST FOR INFORMATION

Charging Party: Andrea L. Washington
Respondent: SARACEN ANNEX CASINO
EEOC Charge No.: 493-2020-01991

1. Give the correct name and address of the facility named in the charge.

2. State the total number of persons who were employed by your organization during the relevant period. Include both full and part-time employees. How many employees are employed by your organization at the present time?

3. Supply an organizational chart, statement, or documents which describe your structure, indicating, if any, the relationship between it and superior and subordinate establishments within the organization.

4. Supply a statement or documents which identify the principal product or service of the named facility.

5. State the legal status of your organization, i.e., corporation, partnership, tax-exempt non-profit, etc. If incorporated, identify the state of incorporation.

6. State whether your organization has a contract with any agency of the federal government or is a subcontractor on a project which receives federal funding. Is your organization covered by the provisions of Executive Order 11246? If your answer is yes, has your organization been the subject of a compliance review by the OFCCP at any time during the past two years?

7. Submit a written position statement on each of the allegations of the charge, accompanied by documentary evidence and/or written statements, where appropriate. Also include any additional information and explanation you deem relevant to the charge.

8. Submit copies of all written rules, policies and procedures relating to the issue(s) raised in the charge. If such does not exist in written form, explain the rules, policies and procedures.

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Andrea L. Washington<br>2203 Crestwood Drive<br>Pine Bluff, AR 71603 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **493-2020-01991** | **Johnny L. Glover,**<br>**Investigator** | **(501) 324-6475** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

April 7, 2021

**William A. Cash, Jr.,**
**Area Office Director**

*(Date Issued)*

Enclosures(s)

cc: | **Pevelyn Dodds**<br>**Human Resources Manager**<br>**SARACEN CASINO RESORT**<br>**2703 East Harding Ave**<br>**Pine Bluff, AR 71601** | **Ronald A. Hope**<br>**Hope, O'Dwyer, Wilson & Arnold PA**<br>**Attorneys at law**<br>**211 Spring Street**<br>**Little Rock, AR 72201** |

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** — **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **<u>within 90 days</u>** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* to you (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** — **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than <u>2 years (3 years)</u> before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 – in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** — **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** — **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Enclosures(s)

cc:

1/23/2020

Meeting with Andrea Washington at 11:10am

Andrea emailed and hand delivered a letter in reference to an incident that happened on Dec 18, 2019. She was concerned about the verbiage that was being used in her presence.

Andrea stated that Jason Wallace was discussing with Jason Gomez an incident that happened with customers.  Andrea stated Jason Wallace was talking and Jason Gomez was listening.

Andrea felt like Jason Gomez should have stopped Jason Wallace from speaking in her presence.


I asked  Andrea if she understood her role? She said she understood her role as a surveillance operator. I ask her if she knew what Jason Gomez and Jason Wallace's roles were and she said yes.


I also ask Andrea what does she think could be done differently and what would she like to see happen?

She said to pay attention to surroundings, respect co-workers space & boundaries.  Awareness

And she would like an apology.


*I also spoke with both Managers on this matter and below are my results.

Jason Wallace  Security Mgr. stated he was speaking with  Jason Gomez  Surveillance Mgr in detail about an incident that happened in the Casino.  Both Managers said this is a part of their positions in order to find video footage etc of the incident to make reports.


Andrea also resigned from position at Saracen Casino Resort with HR Representatives William Ray & Pevelyn Dodds on a phone call and I ask her to please send resignation in a form of email or a written letter.

Pevelyn Dodds

## Re: Jason Wallace conversation Q PAW

From:  ANDREA WASHINGTON (andrea71613@yahoo.com)

To:    birdye49@gmail.com

Date:  Wednesday, January 8, 2020, 3:17 PM CST

On Tuesday, January 7, 2020, 12:35:26 PM PST, ANDREA WASHINGTON <andrea71613@yahoo.com> wrote:

On Monday, January 6, 2020, 10:54:35 PM PST, ANDREA WASHINGTON <andrea71613@yahoo.com> wrote:

Hi,

On December 18th 2019.  ANNEX QUA PAW CASINO PINE BLUFF, ARKANSAS

Jason Gomez came into Surveillance @ 5:50 am and terminated Jeffery McClure. Jason called the security officers are dummy's shortly after that conversation. Jason Wallace shift manager security he comes into the surveillance doorway talks to Jason Gomez about an indecent of a patron that took place in the Q-Store.

So, Jason Gomez and Jason Wallace are engaged  in conversation about the Patron and Jason Wallace begins  to repeat what the Patron said Jason Wallace  to Jason Gomez yeah the patron was saying i'm going to get my gas can and burn this mutherfucker down  Jason Wallace said the patron said her grits where cold and patron began to throw them. Jason Wallace continues  his conversation with Jason Gomez' verbatim  repeating  the verbiage from the patron and Jason Wallace said the patron said  you NIGGAS.I 'm going to get my gun.

So, by then. I turned around and looked at them both. And said really. And there expression was as if who are you and they never stopped there conversation to apologize they continued on it as if I were invisible.

Jason Wallace and Jason Gomez never stop talking about the patron then Jason Wallace says again in his continued conversation  comes back and now says yeah she the patron said the N word. I told her it was under investigation. and he was banning her for 24 hours.

It  was most disrespectful and degrading to know that we still live in a country with such not afraid to let it be known of prejudices.Have  both have no embedded to have been given respect and honor from  and it was if I was invisible to them both.

And, I  had no upper supervisor or management to report to due to Jason Gomez was engaged with the conversation as well with Jason Wallace they both were in agreement to there conversations.

Later, that same  morning after 9 am. I had orientation in the HR office and there Jason Wallace was again. He did a presentation and then a demonstration with his fingers in a gun position and pointing at the back of my head.

Now,I  feel threatened by Jason Wallace in a since that you feel you can do and say anything to me and there not be anything done about it.

I take great pride in what I believe in and hold to my character. I enjoy my position. And not sure after this letter which way my position will be set as.

Nor, if any actions will be taken. Its the principles and values that we should always keep in our heart. Respect all at all times.

There are things that were fought for and for the sake of Humanity. I would hate to see this be a History of my Ancestors and others be defamed by allowing so much malicious behaviors and acts of prejudges.

Once again when you can feel free to say the word NIGGA and then come back and say yeah she said the N word in the presence of an AFRICAN AMERICAN. Or to any race. Then there is no respect. or honor among or for your fellow constituency .

This can not be the repayment of gratitude of humble gratefulness for our FREEDOM to be succumb back into a time that once had many days of darkness and was over shadowed by the word SLAVERY and through many lives lost, prayers, faith and beliefs that we would and will over come and we have.

The FREEDOM that is what the fight was all about. no longer chained.


Surly, this is not the great fight for humanity of how this will be repaid for all cultures.


Ms. Andrea Lynn Washington

## Pevelyn Dodds

| | |
|---|---|
| **From:** | ANDREA WASHINGTON <andrea71613@yahoo.com> |
| **Sent:** | Saturday, July 25, 2020 9:54 PM |
| **To:** | Pevelyn Dodds |
| **Cc:** | ANDREA WASHINGTON |
| **Subject:** | Resignation For Andrea Lynn Washington; |

***WARNING – Externally Sent Email – Do not click any links or open attachments that are unexpected, even from apparent known senders. Call the sender if in doubt.***

Dear  Mrs. Pevelyn,

As we discussed in the texted messaging. I'm  resigning my position as  Surveillance Operator from your Saracen Casino Resorts.

Beginning July 20, 2020 last day ending July 31,2020 or immediately which ever comes first, since I'm already on leave from the Saracen Company.

Thank you for teaching me the avenues of how to survive in adversities.

This has been an adventure.

I have  enjoyed  and thankful for my Co-Workers and thank you to Human Resources for your reaching out and support during my transition .

I  wish the team well and much success.


Best Regards,

Ms. Andrea Lynn Washington

On Wednesday, July 15, 2020, 07:43:56 AM CDT, Pevelyn Dodds <pdodds@saracenresort.com> wrote:

Good Morning Andrea,

As discussed this morning via text message.    You will need your doctor to fill this out and return to HR in the next 14 days.

Thanks,

Pevelyn

**Pevelyn Dodds**
HR Manager



T: (870) 686-9007 x30701
M:
PDodds@saracenresort.com - www.saracenresort.com
3513 Market St Pine Bluff, AR 71601

# Hope, O'Dwyer, Wilson & Arnold, P.A.

ATTORNEYS AT LAW
211 SPRING STREET
LITTLE ROCK, ARKANSAS 72201
(501) 372-4144
Facsimile (501-372-7480)
www.htolaw.com

RONALD A. HOPE
KEVIN M. O'DWYER
TERRY L. MATHEWS
RALPH "WIN" WILSON III
CHRISTOPHER B. ARNOLD

Direct Dial: 501-313-4201
Email: rhope@htolaw.com

WILLIAM H. TRICE III (1946-2014)
_____

March 8, 2021

Mr. Johnny Glover                                    *Via Email: johnny.glover@eeoc.gov*
Federal Investigator
U.S. Equal Employment Opportunity Commission
820 Louisiana St., Ste. 200
Little Rock, AR  72201

RE:   **Andrea Washington v. Saracen Casino Resort**
      **Charge No. 493-2020-01991**

Dear Mr. Glover:

I represent Saracen Casino Resort and I offer the responses below to your letter of February 25, 2021.

1.      State whether or not the company has an anti-harassment policy.  If so, submit a copy.

        Yes.  See a copy of the Anti-Harassment and Sexual Harassment policy attached which are pages 15-19.

2.      State whether or not any action was taken regarding Charging Party's harassment complaint.

        Yes, an investigation of the Complainant's allegations was instituted by the HR Manager who talked to all parties involved.  The allegations stem from a situation involving a female patron who was extremely verbally abusive and threatening to staff and alleged that an employee called her the "N" word.  In the course of conducting an internal review of the patron's allegations, Mr. Wallace was explaining the patron's allegations to Mr. Gomez, who was going to assist with a video and audio review of the incident.  The complainant, surveillance operator, Washington, overheard Mr. Wallace relating to Mr. Gomez the substance of the allegation and what specific language they were looking for in the surveillance.  At no time was the conversation directed to, nor did it involve, the complainant.

Page 2
Mr. Johnny Glover
March 8, 2021

3.      State whether or not any disciplinary action was taken against Jason Wallace.  If so, what
        action was taken?  Supply documentation.  What is Jason Wallace's race?

        Mr. Wallace and Mr. Gomez were in the process of initiating an investigation into conduct
        by a patron.  They were discussing the situation with the patron while in the process of
        initiating the investigation.  The conversation was not directed to Ms. Washington, but she
        overheard a portion of the conversation which recited the patron's complaint. Mr. Wallace
        is Caucasian.  Notes Attached.

4.      What is Jason Wallace current employment status?  If he is no longer employed, explain.

        He is currently an active employee.

5.      State whether or not any disciplinary action was taken against Jason Gomez?  If so, what
        action taken?  Supply documentation.

        No action was taken against Jason Gomez.

6.      What is Jason Gomez's current employment status?  If he is no longer employed, explain.

        Jason Gomez has never been employed by Saracen Casino Resort.

7.      State whether or not the company has a sexual harassment policy.  If so, submit a copy.

        Yes.  See a copy of the Anti-Harassment and Sexual Harassment policy attached which are
        pages 15-19.

8.      State whether or not Rudy Withers was demoted.  If so, why was he demoted?  What race
        is Rudy Withers?

        Mr. Withers had been notified several times of deficiencies in his job performance and as
        a result was eventually demoted based upon his lack of job performance.  Mr. Withers is
        African-American.

9.      State whether or not Zack Jones did $4,000 in damage to a security vehicle.  State whether
        or not Zack was promoted to Security Manager after damaging the vehicle.  What race is
        Zack Jones?

        Zack Jones did not do $4,000 damage to a security vehicle.  He was involved in an accident.
        Several months after the accident he did receive a promotion to shift manager.  Mr. Jones
        has never been a security manager.  He is Caucasian.

Page 3
Mr. Johnny Glover
March 8, 2021

Hopefully, this information will allow you to conclude your investigation but, if not, please contact me if you need anything further.

Sincerely,

**Hope, O'Dwyer, Wilson & Arnold, P.A.**

Ronald A. Hope

RAH/vj

Enclosures

cc:     w/enclosures
        Client

Team Members must use social media sites and tools responsibly and with good judgment. They are also responsible for knowing about and complying with any business line-specific restrictions on communicating publicly about Saracen business. In the Team Member's personal use of social media, the Team Member must not disclose Saracen confidential information.

Nothing in this policy is designed to interfere with, restrain, or prevent Team Member communications regarding the terms and conditions of their employment relationships with Saracen.

## Anti-Harassment

### All Unlawful Harassment Prohibited

Saracen strictly prohibits and does not tolerate unlawful harassment against Team Members or any other covered persons because of race, color, religion or creed, national origin (including ancestry), gender (including pregnancy, childbirth, and related medical conditions), age, the presence of sensory, mental, or physical disabilities, veteran status, genetic information, citizenship, or any other characteristic protected under applicable federal, state, or local law.

### Sexual Harassment

All Saracen Team Members, other workers, and representatives (including vendors and guests) are prohibited from harassing Team Members and other covered persons based on that individual's sex or gender (including pregnancy, childbirth, and related medical conditions) and regardless of the harasser's sex or gender.

Sexual harassment means any harassment based on someone's sex or gender. It includes harassment that is not sexual in nature (for example, offensive remarks about an individual's sex or gender), as well as any unwelcome sexual advances or requests for sexual favors or any other conduct of a sexual nature, when any of the following is true:

- Submission to the advance, request, or conduct is made either explicitly or implicitly a term or condition of employment.

- Submission to or rejection of the advance, request, or conduct is used as a basis for employment decisions.

- Such advances, requests, or conduct have the purpose or effect of substantially or unreasonably interfering with a Team Member's work performance by creating an intimidating, hostile, or offensive work environment.

Saracen will not tolerate any form of sexual harassment, regardless of whether it is:

- Verbal (for example, epithets, derogatory statements, slurs, sexually-related comments or jokes, unwelcome sexual advances, or requests for sexual favors).

- Physical (for example, assault or inappropriate physical contact).

- Visual (for example, displaying sexually-suggestive posters, cartoons, or drawings,

15

sending inappropriate adult-themed gifts, leering, or making sexual gestures).

- Online (for example, derogatory statements or sexually-suggestive postings on any social media platform including Facebook, Twitter, Instagram, Snapchat, etc.).

This list is illustrative only and not exhaustive. No form of sexual harassment will be tolerated.

Unlawful harassment is prohibited both at the workplace and at Saracen-sponsored events.

**Other Types of Harassment**

Saracen's Anti-Harassment Policy applies equally to harassment based on any other characteristic protected under applicable federal, state, or local law.

Such harassment often takes a similar form to sexual harassment and includes harassment that is:

- Verbal (for example, epithets, derogatory statements, slurs, derogatory comments or jokes).

- Physical (for example, assault or inappropriate physical contact).

- Visual (for example, displaying derogatory posters, cartoons, drawings, or making derogatory gestures).

- Online (for example, derogatory statements or postings on any social media platform including Facebook, Twitter, Instagram, Snapchat, etc.).

This list is illustrative only and not exhaustive. No form of harassment based on any legally protected characteristic will be tolerated.

Unlawful harassment is prohibited both at the workplace and at Saracen-sponsored events.

**Complaint Procedure**

If a Team Member is subjected to any conduct that s/he believes violates this policy or witnesses any such conduct, the Team Member **must** promptly speak to, write, or otherwise contact his/her direct supervisor or, if the conduct involves his/her direct supervisor, the Human Resources Manager/Director Saracen, ideally within 10 days of the offending conduct. If the Team Member has not received a satisfactory response within 5 days after reporting any incident of what s/he perceives to be harassment, the Team Member **must** immediately contact the General Manager of Saracen (or, if the conduct involves this individual, the Chair or top officer of Saracen's Board of Directors or other governing board). Either individual will ensure that a prompt investigation is conducted.

The complaint should be as detailed as possible, including the names of all individuals involved and any witnesses. Saracen will directly and thoroughly investigate the facts and circumstances of all claims of perceived harassment and will take prompt corrective action, if appropriate.

Additionally, any supervisor who observes harassing conduct **must** report the conduct to the Human Resources Manager/Director of Saracen so that an investigation can be made and corrective action taken, if appropriate.

**No Retaliation**

No one will be subject to, and Saracen prohibits, any form of discipline, reprisal, intimidation, or retaliation for good faith reporting of incidents of harassment of any kind, pursuing any harassment claim, or cooperating in related investigations. For more information on Saracen's policy prohibiting retaliation, please contact any supervisor.

Saracen is committed to enforcing this policy against all forms of harassment. However, the effectiveness of our efforts depends largely on Team Members telling us about inappropriate workplace conduct. If Team Members feel that they or someone else may have been subjected to conduct that violates this policy, they **must** report it immediately. If Team Members do not report harassing conduct, Saracen may not become aware of a possible violation of this policy and may not be able to take appropriate corrective action.

**Violations of this Policy**

Any Team Member, regardless of position or title, whom Saracen determines has subjected an individual to harassment or retaliation in violation of this policy, will be subject to discipline, up to and including termination of employment.

**Conduct Not Prohibited by this Policy**

This policy is not intended to restrict communications or actions protected or required by local, state, or federal law.

**Questions About This Policy**

If a Team Member has any questions regarding this policy or questions about harassment that are not addressed in this policy, s/he should contact any supervisor.

## Workplace Violence Policy

Saracen Casino Resort is committed to preventing workplace violence and to maintaining a safe work environment. Given the increasing violence in society in general, Saracen has adopted the following guidelines to deal with intimidation, harassment, or other threats of (or actual) violence that may occur on these premises during business hours.

All Team Members should be treated with courtesy and respect at all times. Team Members are expected to refrain from:

- Fighting, "horseplay," or other conduct that may be dangerous to others or actually causing physical injury to another person;

- Conduct (whether verbal or nonverbal) that threatens, intimidates, or coerces another Team Member, guest, vendor, or any other member of the public;

- Verbal bullying—slandering, ridiculing, or maligning a person or his/her family, persistent name calling which is hurtful, insulting or humiliating, using a person as the butt of jokes, abusive and/or offensive remarks;

- Physical bullying—pushing, shoving, kicking, poking, tripping, assault, or threat of physical assault;

- Gesture bullying—non-verbal threatening gestures, glances which can convey threatening messages;

- Exclusion—socially or physically excluding or disregarding a person in work-related activities;

- All acts of harassment;

- Committing acts motivated by, or related to, sexual harassment or domestic violence;

- Aggressive or hostile behavior that creates a reasonable fear of injury to another person or subjects another individual to emotional distress;

- Intentionally damaging Saracen property or property of another individual;

- Firearms, weapons, and other dangerous or hazardous devices or substances are prohibited on the premises of Saracen.

All threats of (or actual) violence, both direct and indirect, should be reported as soon as possible to your immediate supervisor, Human Resources and Security Management. This includes threats by team members, as well as threats by guests, vendors, solicitors, or other members of the public. When reporting a threat of violence, the Team Member should be as specific and detailed as possible.

All suspicious individuals or activities should also be reported as soon as possible to a supervisor, Security and Human Resources (when appropriate). Do not place yourself in peril. If you see or hear a commotion or disturbance near your workstation, do not try to intercede or see what is happening. If a Team Member encounters an armed or dangerous person they should not attempt to challenge or disarm the individual, unless the threat of serious physical injury or death to themselves or another is imminent and the opportunity exists to create a more positive outcome. Team Members should remain calm. If a supervisor can be safely notified of the need for assistance without endangering the safety of the Team Member or others, such notice should be given. In all instances of imminent danger, Security needs to be called immediately.

Team Members who are victims of Domestic Violence are encouraged to speak to their supervisor and Human Resources about possible resources and benefits that would be of assistance to them. In situations where Team Members obtain a judicial protective order a copy should be given to Human Resources and Security Management. Saracen will attempt to handle

these situations in a sensitive and respectful manner and will make every effort to maintain confidentiality by only advising the individuals that need to know.

Saracen will promptly and thoroughly investigate all reports of threats of (or actual) violence and of suspicious individuals or activities. The identity of the individual making a report will be protected as much as is practical. In order to maintain workplace safety and the integrity of its investigation, Saracen may suspend team members, either with or without pay, pending investigation.

While we do not expect Team Members to be skilled at identifying potentially dangerous persons, team members are expected to exercise good judgment and to inform a Supervisor, Human Resources and Security Management if any Team Member exhibits behavior, which could be a sign of a potentially dangerous situation. Such behavior includes:

- Discussing weapons or bringing them to the workplace;

- Displaying overt signs of extreme stress, resentment, hostility, or anger;

- Making threatening remarks;

- Sudden or significant deterioration of performance;  or

- Displaying irrational or inappropriate behavior.

Anyone determined to be responsible for threats of (or actual) violence or other conduct that is in violation of these guidelines will be subject to prompt disciplinary action up to and including termination of employment.

Saracen encourages Team Members to bring their disputes or differences with other Team Members to the attention of their supervisors and the Human Resources Department before the situation escalates into potential violence. Saracen is available and willing to assist in the resolution of Team Member disputes, and will not discipline team members for raising valid concerns. Once a supervisor is aware of any threats, bullying, acts of violence, disputes, allegations, concerns or any other issue regarding workplace violence they are required to bring the information to Human Resources. Human Resources will investigate and provide a recommendation.

On 1/23/2020 at 11:10am I Pevelyn Dodds spoke with Andrea Washington

Andrea spoke about how she was feeling with the situation with Jason Wallace & Jason Gomez.

I asked her did she understand her role as a surveillance employee and she said yes.

I also asked Andrea what did she think could be done differently.   She replied to pay attention to your surroundings,  respect co-workers space & boundaries  & awareness

I called Jason Wallace and questioned about the claim with Andrea Washington. Jason stated he was only doing his job as related to the incident with the surveillance team. And as Security training information in orientation he always used or showed examples.   Never had any complaints but after complaint he stopped using the examples.

I called Jason Gomez & he stated he was doing his job. He had to listen to what Jason Wallace told him In order to find video/audio footage

Pevelyn Dodds-HRM

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 493-2020-01991 |

and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MS. ANDREA L WASHINGTON** | **(870) 489-3490** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **2203 CRESTWOOD DRIVE, PINE BLUFF,AR 71603** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **SARACEN ANNEX CASINO** | **101 - 200** | **(870) 329-6965** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3512 MARKET STREET, PINE BLUFF, AR 71601** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest: **12-18-2019**   Latest: **07-17-2020**<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)):*

**I was hired in October 2019 as a Surveillance Operator.  Around December 2019 and continuing, I was subjected to racial comments by Jason Gomez and Jason Wallace.  I reported these comments to Human Resources.  As a result of the harassment, I had to seek counseling.  Black employees are discriminated against.  When Black employees do something wrong are demoted or terminated while White employees are moved to another building and they are not terminated.  Around the end of June 2020, I became ill.  Around the second week of July 2020, I resigned and submitted my two weeks-notice.**

**I believe I was subjected to racial comments because of my race, Black, and as a result of being subjected to the racial comments, I was constructively discharged because of my race, Black, in violation f Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>*Andrea L. Washington* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.  FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2.  AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3.  PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4.  ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.  WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

9/28/20

Telephone interview with Andrea Washington vs Saracen Casino

DOH: 10/2019

Position: Surveillance Operator

Supervisor: Jason Gomez (White/Indian), Surveillance Supervisor

Pay rate: $11 per hour

No longer employed:

CP Gave 2-week notice: second week in July 2020

Subjected to race comments:

There were a little more than 300 employees.  CP worked 11 pm to 6:55 am (graveyard shift)

Duties: CP watched the monitors in the surveillance room.  CP watched the entire parking lot and inside he casino.

Around December 18, 2020, CP was in the surveillance room with Gomez.  Jason Wallace (wm), Security Manager and Jason Gomez began a conversation about action of a patron/customer that was in the casino.  Wallace started telling Gomez that that patron was said that she was made.  She said you niggers don't know me, she would go and get her gas can and burn this MF down.  She also said she would shoot all the motherf--ker.  CP said you not gone say that in her presence.  Wallace said that he told her that she would not be able to come in again.  She was suspended for 24 hours or until an investigation was completed.  CP typed a letter and emailed it to Pevelyn Dodd, Human Resources.  CP wrote what she experienced.  In January 2020, she told CP to come to the office.  She started saying they did not tell her that she might hear that kind of conversation during her work.

At 9 am CP had orientation.  Jason Wallace was doing a presentation.  There were 6 to 7 employees at the table with CP.  Jason put his finger in a gun position and he put it behind CP's head.

She gave it to her boss is.  He said that you have to tell her that she is going to hear things.  She said if you were in a court of law and it was against a court of law, you have to say what happened.  CP said they were not in court.  They talked as if CP was not there.   Pevelyn said they both said they would be offended.  Pevelyn asked Wallace why he put his fingers behind her head as if he had a gun.  He said that is the demonstration he does in every orientation.  She asked why he chose CP.  He did not respond.  She asked what she wanted to see done.  CP said she wanted everybody to respect everybody's space.  CP said she wanted them to respect her.  She agreed that CP would have been fired if she had done the same thing.  CP said she wanted an apology.

Jason Gomez boss name is Bill LNU.

Jason Wallace (wm) told Rudy LNU was a Supervisor and he was given a demotion or terminated. This was in August 2020.  CP does not know why.

CP received a phone call from someone that works there.  The person said Jason Wallace uses the word nigger all the time.

Another security officer put his fingers up as if it was a gun. Daisy LNU, Security officer

Jim Wheeler (wm) Supervisor would say you boys and girls and you people.  He said we should be happy they brought the Casino to the town because they are below poverty.  He started making the comments in December 2020 and June 3, 2020. On June 3, Jim said a young man was gay because he had eye lashes and finger nails.  He said that he did not know they hire those people there.  CP said they were all there to work.  Shortly after that Jim left.  He was teaching CP where the cameras were.  CP wrote down which machines he was on.  When he returned, he said good girl.  CP said she reported the comments that Jim Wheeler made to Pevelyn Dodd (bf) but she did not say anything.

Tracy Belcher Medina (wf), Surveillance Supervisor was disrespectful.  Tracy would take the paper out of CP's hand and put it in the trash.  If CP was in the phone and someone calls for security with a question, she would take the phone out of CP's hand and start talking and say she could figure it out for them.

In February or March 2020, Timothy Wagner (wm), Supervisor replaced Rudy.  Timothy was a security officer that that time.  A black patron had a beer in his hand.  CP could see the patron and Timothy had a conversation.  Timothy twist the man's arm.  Timothy hit the man in the throat 3 times and takes the bear out of his hand and put it in the trash.  He then went back on the floor.  By then another man is there was another man there.  He had to get between Timothy and the man.  Timothy got promoted to Supervisor in May or June 2020.

About 7 or 8 days ago, a Black employee works as a Master Electrician (name unknown) was fired.  A white male was putting his finger in the shape of a gun and put it up against the employees' head.  The management does not fire them or write them up.

Around June 29 or 30, 2020, CP said she got sick.  Management said they are cleaning the machines every so often.  CP said there were security officers and females and males tested positive for COVID.  The continues to work and some will come back after they get off work they come and pay the machines.  Jason told them to write down the names of the people the employees were around.  CP said they do not know the patrons' names therefore they could not write their names down.

CP said she had symptoms of COVID but she tested negative.  CP was off work almost a month.  CP said because of how the company does things.  She turned in her 2 weeks notice and decided not to go back to work.

Management's mindset is the they are the lowest and that Pine Bluff is impoverished. Sherry would say she was surprised to see when looking at the Census numbers she was surprised that the Casino made over $200,000 in night. CP said the majority of these employees are from Downstream- is a Casino in Oklahoma.

Around the second of third week in July 2020, CP emailed her 2-week notice to Pevelyn Dodd. CP did not hear from Pevelyn or anyone else.

CP states that when White employees violate the rules, they are moved to another position. When black employees do something, they are demoted or terminated.

CP states that she had found another job. CP states that she is currently in therapy once per week. CP takes medication for anxiety and depression. She said she did not know how to deal with the racial comments.

CP was counseled regarding EEOC laws, the charge handling procedures, 90 day right to sue letter and 180-day statute of limitation. Mediation was discussed.

Johnny Glover

Investigator

 **U.S. Equal Employment Opportunity Commission**
**Little Rock Area Office**
820 Louisiana
Suite 200
Little Rock, AR 72201

## NOTICE OF CHARGE OF DISCRIMINATION

### (This Notice replaces EEOC FORM 131)

### DIGITAL CHARGE SYSTEM

October 6, 2020

**To:** Pevelyn Dodd
Human Resources Manager
SARACEN CASINO RESORT
pdodds@saracenresort.com

This is notice that a charge of employment discrimination has been filed with the EEOC against your organization by Andrea L. Washington, under: Title VII of the Civil Rights Act (Title VII). The circumstances of the alleged discrimination are based on Race, and involve issues of Harassment and Constructive Discharge that are alleged to have occurred on or about Dec 18, 2019 through Jul 17, 2020.

The Digital Charge System makes investigations and communications with charging parties and respondents more efficient by digitizing charge documents. The charge is available for you to download from the EEOC Respondent Portal, EEOC's secure online system.

Please follow these instructions to view the charge within ten (10) days of receiving this Notice:

1. Access EEOC's secure online system: **https://nxg.eeoc.gov/rsp/login.jsf**
2. Enter this EEOC Charge No.: **493-2020-01991**
3. Enter this temporary password: **ur3273hd**

Once you log into the system, you can view and download the charge, and electronically submit documents to EEOC. The system will also advise you of possible actions or responses, and identify your EEOC point of contact for this charge.

If you are unable to log into the EEOC Respondent Portal or have any questions regarding the Digital Charge System, you can send an email to LRAO.INTAKE@EEOC.GOV.

## Preservation of Records Requirement

EEOC regulations require respondents to preserve all payroll and personnel records relevant to the charge until final disposition of the charge or litigation. 29 CFR §1602.14. For more information on your obligation to preserve records, see http://eeoc.gov/employers/recordkeeping.cfm.

## Non-Retaliation Requirements

The laws enforced by the EEOC prohibit retaliation against any individual because s/he has filed a charge, testified, assisted or participated in an investigation, proceeding or hearing under these laws. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. For more information, see http://www.eeoc.gov/laws/types/facts-retal.cfm.

## Legal Representation

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please provide the attorney's contact information when you log in to the online system.

Please retain this notice for your records.

 **U.S. Equal Employment Opportunity Commission**

## FEDERAL INVESTIGATION:
## REQUEST FOR POSITION STATEMENT
## AND SUPPORTING DOCUMENTARY EVIDENCE

EEOC hereby requests that your organization submit within 30 days a Position Statement setting forth all facts which pertain to the allegations in the charge of discrimination under investigation, as well as any other facts which you deem relevant for EEOC's consideration.

We recommend you review EEOC's resource guide on "Effective Position Statements" as you prepare your response to this request.

### Fact-Based Position Statement
This is your opportunity to raise any and all defenses, legal or factual, in response to each of the allegations of the charge.  The position statement should set forth all of the facts relevant to respond to the allegations in the charge, as well as any other facts the Respondent deems pertinent to EEOC's consideration. The position statement should only refer to, but not identify, information that the Respondent asserts is sensitive medical information, or confidential commercial or financial information.

EEOC also requests that you submit all documentary evidence you believe is responsive to the allegations of the charge. If you submit only an advocacy statement, unsupported by documentary evidence, EEOC may conclude that Respondent has no evidence to support its defense to the allegations of the charge.

EEOC may release your position statement and non-confidential attachments to the Charging Party and her representative and allow them to respond to enable the EEOC to assess the credibility of the information provided by both parties. It is in the Respondent's interest to provide an effective position statement that focuses on the facts. EEOC will not release the Charging Party's response, if any, to the Respondent.

If no response is received to this request, EEOC may proceed directly to a determination on the merits of the charge based on the information at its disposal.

### Signed by an Authorized Representative
The Position Statement should be signed by an officer, agent, or representative of Respondent authorized to speak officially on its behalf in this federal investigation.

### Segregate Confidential Information into Separately Designated Attachments
If you rely on confidential medical or commercial information in the position statement, you should provide such information in separate attachments to the position statement labeled "Sensitive Medical Information," "Confidential

Commercial or Financial Information," or "Trade Secret Information" as applicable. Provide an explanation justifying the confidential nature of the information contained in the attachments. Medical information about the Charging Party is not sensitive or confidential medical information in relation to EEOC's investigation.

Segregate the following information into separate attachments and designate them as follows:

- a. Sensitive medical information (except for the Charging Party's medical information).
- b. Social Security Numbers
- c. Confidential commercial or financial information.
- d. Trade secrets information.
- e. Non-relevant personally identifiable information of witnesses, comparators or third parties, for example, social security numbers, dates of birth in non-age cases, home addresses, personal phone numbers and email addresses, etc.
- f. Any reference to charges filed against the Respondent by other charging parties.

**<u>Requests for an Extension</u>**
If Respondent believes it requires additional time to respond, it must, at the *earliest possible time* in advance of the due date, make a written request for extension, explain why an extension is necessary, and specify the amount of additional time needed to reply.  Submitting a written request for extension of time does not automatically extend the deadline for providing the position statement.

**<u>Upload the Position Statement and Attachments into the Respondent Portal</u>**
You can upload your position statement and attachments into the Respondent Portal using the **+ Upload Documents** button. Select the "Position Statement" Document Type and click the **Save Upload** button to send the Position Statement and attachments to EEOC. Once the Position Statement has been submitted, you will not be able to retract it via the Portal.

Dear Small Business Manager:

The Equal Employment Opportunity Commission (EEOC) is the federal agency with primary responsibility for enforcing our nation's equal employment opportunity (EEO) laws. The laws we enforce prohibit job discrimination based on race, color, religion, sex (including on the basis of pregnancy, gender identity, or sexual orientation), national origin, age, disability, retaliation and genetic information.

The attached Fact Sheet provides an overview of the EEOC's procedures from the time a charge of employment discrimination is filed to the point that it is resolved.

We encourage you to visit our online Small Business Resource Center, which provides a wealth of information designed to help small businesses. We offer tips and short videos on key employment topics including what to do when you receive a charge of discrimination.

In most cases, as our first step in processing a charge, we offer mediation as a neutral, voluntary and confidential way to achieve a mutually satisfactory resolution for all parties. Seventy-five percent of charges that are mediated are successfully resolved. In an independent study, 96% of employers who tried the EEOC's mediation program said they would use it again if the need arose.

In addition to the EEOC representative identified on the Notice of Charge of Discrimination, each of our district offices has a Small Business Liaison to provide technical assistance and help employers resolve questions about the laws we enforce, our mediation program, and the charge process. You can find the names and contact information of our Small Business Liaisons on our web site.

We encourage you to contact the Small Business Liaison in your area to answer any questions you may have and assure you that any inquiry or request for information will not adversely affect the investigation of the charge that has been filed.

Yours truly,

U.S. Equal Employment Opportunity Commission

### *Find the Answers at EEOC's Small Business Resource Center*

The EEOC's Small Business Resource Center (www.eeoc.gov/employers/smallbusiness) is filled with useful information for small business and can connect you with EEOC staff in your area who can help you.

- *Have a question? Need training for your staff or one-on-one assistance?*

  To request information about the EEOC, training on federal employment discrimination laws or an explanation of the charge process, contact your local EEOC Small Business Liaison. We are here to help.

- *Want quick information online?*

  The EEOC's Small Business Liaisons have created videos with the small business owner in mind and the simple straightforward information that you need most. For example, you may need to know what questions you shouldn't ask in a job interview, and other tips for the hiring process.

  Also see our Frequently Asked Questions.

- *Need an employment policy or practical tips on preventing job discrimination?*

  See 10 Quick Tips for Small Business.

- *Need to know more about EEOC's charge process?*

  We have a video on Responding to a Charge of Discrimination.

- *What is mediation?*

  The EEOC's mediation program offers a free, voluntary, confidential and informal resolution process for many charges of discrimination. Mediations are conducted by a neutral mediator. If mediation is successful, there is no investigation.

- *Want information about a specific topic?*

  Our Resources page explains the types of employment discrimination covered by the EEOC's laws as well as the legal requirements you need to know.

We can also direct you to other federal agencies for information on issues such as minimum wage and overtime pay or family and medical leave. The Resources page gives a link to small business assistance from the SBA and provides information on the Small Business Regulatory Enforcement Fairness Act (SBREFA), which allows small businesses to comment on federal agency enforcement actions to the SBA Ombudsman.

You can order our Publications online free of charge or print them for use. You can also order the EEOC's poster, "EEO Is The Law," here.

**For more information and assistance call the EEOC toll-free at 1-800-669-4000 or use our sign language access line at 1-844-234-5122 (ASL Video Phone)**

# EEOC (INQUIRY) NUMBER: 493-2020-01991

## Inquiry Information

### REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 01/23/2020

**Reason for Complaint:** Race, Color, Retaliation - I complained to my employer about job discrimination

**Pay Disparity:**

**Location of Incident:** Arkansas

**Submission (initial inquiry) Date:** 09/16/2020

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:** N/A

**Charge Number:** N/A

**Claim previously filed as complaint with another Agency?** No

**Agency Name:** N/A

**Approximate Date of Filing:** N/A

**Nature of Complaint:** N/A

### INQUIRY OFFICE

**Receiving:** Little Rock Area Office

**Accountable:** Little Rock Area Office

### APPOINTMENT

**Appointment Date and time:**

**Interview Type:**

### APPROXIMATE DEADLINE FOR FILING A CHARGE:  07/22/2020

### POTENTIAL CHARGING PARTY

**First Name, Middle Initial:** Andrea, L

**Last Name:** Washington

**Street or Mailing Address:** 2203 Crestwood Drive

**Address Line 2:**

**City, State, Zip:** PINE BLUFF, AR, 71603

**Country:** UNITED STATES OF AMERICA

**Year of Birth:**

**Email Address:** andrea71613@yahoo.com

**Home Phone Number:** (870) 489-3490

**Cell Phone Number:**

## RESPONDENT/Employer

**Organization Name:** SARACEN ANNEX CASINO

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:** 20 or more employees

**Street or Mailing Address:** 3512 Market Street

**Address Line 2:** 69300 E Nee Rd

**City, State, Zip Code:** PINE BLUFF,AR, 71601

**County:** jefferson

**Phone Number:** (870) 329-6965

## RESPONDENT CONTACT

**First and Last Name:** Pevelyn Butler

**Email Address:**

**Phone Number:**

**Title:** Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Street or Mailing Address:**

**Address Line 2:**

**City, State, Zip Code:**

**County:**

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** F

**Disabled:** I do not have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** Black or African American,

**National Origin:** American(U.S.)

## Adverse Action(s)

At the Pine Bluff  Arkansas Saracen Annex Casino.  While working two white males Jason Gomez and Jason Wallace both manager's were in conversation in my presence  repeatedly  saying   the word Nigga. When I turned to address the matter they both looked at me and continued there nigga conversation. Later that morning Jason Wallace does a gun demo standing behind me with his hands points behind my head. I then became threaten/ intimidated. I then report in letter /person to HR there only response was from there Director was (Tell her she will here things).  There is more but this is just brief. I am currently in therapy following these actions. I have never been in this type of work setting or any other setting that upholds this behavior. And have information that Jason Wallace says the Nigga word All of the time around Black employees. Jim racist  calling us you girls you black/ colored folk, being Gay.  Please help me its a nightmare to me. And it needs to stop for future employees.

# Supplemental Information

**What Reason(s) were you given for the action taken against you?**

N/A

**Was anyone in a similar situation treated the same, better, or worse than you?**

N/A

**Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.**

N/A

**Please tell us any other information about your experience?**

N/A

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St., Suite 200
Little Rock, AR  72201
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Little Rock Direct Dial:  (501) 324-5061
FAX (501) 324-5991
Website:  www.eeoc.gov

Andrea Washington
2203 Crestwood Dr.
Pine Bluff, AR 71603

Re:    Andrea Washington vs Saracen Casino
       Charge No. 493-2020-01991

                                           Sent by email: andrea71613@yahoo.com

Dear Ms. Washington:

The purpose of this letter is to advise you of the evidence obtained in the investigation of your charge of discrimination.  On October 26, 2020, a copy of the Respondent's position statement was released to you and you were given the opportunity to provide a response.

You alleged you were subjected to racial comments because of your race, Black and as a result of being subjected to racial comments, you were constructively discharged.

The evidence shows you emailed and mailed a letter regarding an incident that happened in December 18, 2019.  In the letter you said that Jason Wallace and Jason Gomez were discussing an incident that happened with customers.  You did not believe they should had discussed the incident in your presence.

According to the company, an investigation was conducted by the HR Manager regarding your complaint.  Wallace was conducting an internal review regarding the conduct by the patron, he was explaining the patron's allegations to Gomez.  Gomez was trying to assist the internal review by locating the audio and video of the incident.  You overheard their conversation while they were looking at the surveillance.  The conversation was not directed to you.  Gomez had to listen to what Wallace was saying to find the surveillance video.

If you have additional documentation which will refute the above evidence, it must be provided in writing via email Only to johnny.glover@eeoc.gov within 10 days of this letter, April 5, 2021.  Otherwise, you will be notified of the Director's determination in this matter by mail.  The Director's determination will conclude the processing of this charge by EEOC but you will have the right to pursue the matter by filing in Federal District Court.  If you decide to sue, you must do so within 90 days from receipt of the Dismissal and Notice of Rights, otherwise, your right to sue is lost.

Sincerely,

*Johnny Glover*
Johnny Glover                                        03/25/21
Investigator                                         Date



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St., Suite 200
Little Rock, AR  72201
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Little Rock Direct Dial:  (501) 324-5061
FAX (501) 324-5991
Website:  www.eeoc.gov

February 25, 2021

Pevelyn Dodds
HR Manager
Saracen Casino Resort
2703 East Harding Ave.
Pine Bluff, AR 71601

Re:    Andrea Washington vs. Saracen Casino Resort
       Charge No. 493-2020-01991

Email: pdodds@sacarecenresort.com

Dear Ms. Dodds,

The previous response to the charge is appreciated.  However, the following additional information/documentation is necessary for the investigation:

1.  State whether or not the company has an anti-harassment policy.  If so, submit a copy.

2.  State whether or not any action was taken regarding Charging Party's harassment complaint.

3.  State whether or not any disciplinary action was taken against Jason Wallace. If so, what action was taken?  Supply documentation. What is Jason Wallace's race?

4.  What is Jason Wallace current employment status?  If he is no longer employed, explain.

5.  State whether or not any disciplinary action was taken against Jason Gomez.  If so, what action was taken?  Supply documentation.

6.  What is Jason Gomez's current employment status?  If he is no longer employed, explain.

7.  State whether or not the company has a sexual harassment policy.  If so, submit a copy.

8.  State whether or not Rudy Withers was demoted.  If so, why was he demoted? What race is Rudy Withers?

9.  State whether or not Zack Jones did $4,000 in damage to a security vehicle.  State whether or not Zack was promoted to Security Manager after damaging the vehicle. What race is Zack Jones?

Your cooperation in submitting this additional information no later than **March 8, 2021 will be appreciated.**  I can be contacted at 501-324-6475 or johnny.glover@eeoc.gov.

Sincerely,

*Johnny Glover*

Johnny Glover
Federal Investigator

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --**     **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to
consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or
record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you
did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was
*issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter
alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in
the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some
cases can be brought where relevant employment records are kept, where the employment would have been, or
where the respondent has its main office. If you have simple questions, you usually can get answers from the
office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or
make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be
made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St., Suite 200
Little Rock, AR  72201
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
TTY (501) 324-5481
FAX (501) 324-5991

September 23, 2020

SARACEN ANNEX CASINO
EEOC Inquiry No. 493-2020-01991

Andrea Washington
2203 Crestwood Drive
Pine Bluff, AR 71603

Dear Ms. Washington,

Your correspondence concerning allegations of employment discrimination by the respondent named above has been reviewed.  The information you gave us is not enough to determine how we should handle this case.  More information is needed before we can continue.  Our experience is that an interview is the best way to obtain the needed information.  Please call us as soon as possible.  The interview might be conducted in person or by telephone.  Whether in person or by phone, the interview can take up to one hour or more.

To arrange an interview, please call me during office hours (listed below).  If you have to call long distance, please call collect.

Please contact me as soon as possible because charges of employment discrimination must be filed within the time limits imposed by law.  When you call, please use the "EEOC Inquiry No." listed at the top of this letter and mention that you are responding to this request for information. Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process.

IF WE HAVE NOT HEARD FROM YOU WITHIN 30 DAYS OF THIS LETTER, WE WILL ASSUME THAT YOU DID NOT INTEND TO FILE A CHARGE OF DISCRIMINATION WITH US.

Sincerely,

*Johnny Glover*

Johnny Glover, EEOC Investigator
(501) 324-6475

Enclosure(s)
   Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* **this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* **to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**KATY HUNSPERGER**

| | |
|---|---|
| **From:** | ANDREA WASHINGTON <andrea71613@yahoo.com> |
| **Sent:** | Sunday, January 3, 2021 9:08 PM |
| **To:** | JOHNNY GLOVER; ANDREA WASHINGTON |
| **Subject:** | Saracen Casino 493-2020-01991 |

Hi Mr. Glover,

I apologize for not responding sooner this pandemic has taken away so many of my love ones.

I have the recording on my cell phone when I met with Mrs. Pevelyn  Dodds to discus the matters of the incident   and she said that Jason Gomez and Jason Wallace when speaking to them separately did say they would have been offended.

Thank you again,

Andrea Lynn Washington

1