# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANDREA LYNN WASHINGTON**                                                                 **PLAINTIFF**

**V.**                                             **4:21CV00600 JM**

**SARACEN CASINO ANNEX AND RESORT**                                   **DEFENDANT**

## ORDER

On July 2, 2021, Andrea Washington paid the filing fee and initiated this *pro se* workplace discrimination claim under Title VII of the Civil Rights Act. Defendant has moved to dismiss. (Doc. 6). Washington has not responded to the motion. For the reasons stated below, the motion is GRANTED.

On September 22, 2021, Defendant moved to dismiss Washington's complaint for insufficient process and insufficient service of process under FED. R. CIV. P. 12(b)(4)-(5). (Doc. 6). When no response was filed, the Court warned Washington that, if she wanted to object to the motion, she must do so by November 3rd and also file a motion for leave to file her brief out of time explaining the delay. (Doc. 9). Rather than respond to the motion to dismiss, Washington has moved to stay her case. (Doc. 10). Although Washington references a stay, a continuance, and an extension of time in the motion, it is clear that Washington is seeking to stop the litigation. She details a number of personal reasons for the request including the recent deaths of a number of friends and family members as well as her resulting depression and a possible cancer diagnosis. (Doc. 10). The Court is sympathetic to Washington's request, but her motion to stay (Doc. 10) is DENIED.

By Order issued July 7, 2021, Washington was warned of her responsibilities to achieve good service and directed to follow both the local and federal rules. (Doc. 2). Before the time to perfect service had passed, Defendant moved to dismiss the complaint. (Doc. 6). In its accompanying brief, Defendant specifically explained the strict requirements under Rule 4 outlining how Washington failed to properly name the business, failed to serve its registered agent, and failed to file proof of service with the Court. (Doc. 7). Defendant essentially gave Washington a primer on how to perfect service, but she did not do so.

For the reasons detailed in Defendant's motion to dismiss and accompanying brief, the Court dismisses this complaint without prejudice. The motion to dismiss (Doc. 6) is GRANTED. The motion filed by Washington (Doc. 10) is DENIED. The Clerk is directed to close the case.

IT IS SO ORDERED this 9th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE